IN THE MATTER OF THE PETITION FOR REINSTATEMENT OF KEVIN MBEH TABE TO THE BAR OF MARYLAND

\* \* \* \* \* \*

IN THE

SUPREME COURT

OF MARYLAND

AG No. 13

September Term, 2024

**ORDER**

Upon consideration of the verified petition for reinstatement to the Bar of Maryland, and Bar Counsel's response to the petition, it is this 24th day of September 2024, by the Supreme Court of Maryland,

ORDERED that the petition is granted; and it is further

ORDERED that, pursuant to Maryland Rule 19-752(j)(7) and the Court's Opinion dated February 27, 2023, Petitioner shall be on probation and engage a law practice monitor satisfactory to Bar Counsel for a period of one year after the date of reinstatement; and it is further

ORDERED that, subject to the conditions stated above, the Clerk of the Court shall replace the name Kevin Mbeh Tabe upon the register of attorneys entitled to practice law in this State and certify that fact to the Trustees of the Client Protection Fund and the clerks of all judicial tribunals in this State.

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.

/s/ Matthew J. Fader
Chief Justice



Gregory Hilton, Clerk